IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01171-MSK-MJW

VICTOR MANUEL ALARCON, and
SYLVIA ALARCON,

Plaintiffs,

v.

AMERICAN FAMILY INSURANCE GROUP,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiffs' Motion for Leave to Amend Complaint (Docket No. 13) is granted, and the tendered First Amended Complaint (Docket No. 13-2) is accepted for filing as of the date of this Minute Order.

Date: October 23, 2008