IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 08-cv-01171-MSK-MJW

VICTOR MANUEL ALARCON and
SYLVIA ALARCON,

Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

---

**ORDER RE: DEFENDANT'S UNCONTESTED MOTION TO VACATE SETTLEMENT
CONFERENCE SET FOR NOVEMBER 19, 2008, AND CERTIFICATE OF
COMPLIANCE WITH D.C. COLO. LCIVR 7.1(A)AND 6.1(D)** ( Docket No.
20 )

---

THIS COURT, having reviewed the Defendant's Uncontested Motion to Vacate

Settlement Conference Set for November 19, 2008, and Certificate of Compliance with

D.C. Colo. LCivR 7.1(A)and 6.1(D), and being fully advised in the premises,

HEREBY GRANTS Defendant's Motion.  The settlement conference set for

November 19, 2008 is hereby vacated, to be reset upon the request of either party or upon

order of the Court.

DONE AND SIGNED this 13TH day of November 2008.

BY THE COURT:

_____
UNITED STATES DISTRICT COURT JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO