IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01171-MSK-MJW

VICTOR MANUEL ALARCON and
SYLVIA ALARCON,

       Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, incorrectly named as
AMERICAN FAMILY INSURANCE GROUP,

       Defendant.

---

ORDER RE: AMENDED SCHEDULING ORDER   ( Docket no 27 )

THIS COURT having reviewed the Parties Amended Scheduling Order, and

being fully advised in the premises,

HEREBY GRANTS Plaintiffs' Motion. The Amended Scheduling Order is

deemed entered as of the date of this Order, As Amended in paragraphs 11 a,
and 11 c .

DONE AND SIGNED this 17th day of February, 2009.

BY THE COURT:

UNITED STATES DISTRICT COURT JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO