IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01171-MSK-MJW

VICTOR MANUEL ALARCON and
SYLVIA ALARCON,

Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

---

### ORDER RE: DEFENDANT'S MOTION FOR WITHDRAWAL OF DEFENDANT'S MOTION FOR PROTECTIVE ORDER (Docket No. 40)

---

THIS COURT, having reviewed the Defendant's Motion for Withdrawal of Defendant's Motion for Protective Order, and being fully advised in the premises,

HEREBY GRANTS Defendant's Motion. Defendant's Motion for Protective Order Pursuant to Fed.R.Civ.P. 26(c)(1)(d) and (g) [Document 35] is hereby withdrawn.

DONE AND SIGNED this 16TH day of June 2009.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO