IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01171-MSK-MJW

VICTOR MANUEL ALARCON, and
SYLVIA ALARCON,

Plaintiffs,

v.

AMERICAN FAMILY INSURANCE GROUP,

Defendant.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiffs' Unopposed Motion to Amend Complaint (Docket No. 46) is granted, and the tendered Second Amended Complaint (Docket No. 48-2) is accepted for filing as of the date of this Minute Order.

Date: August 17, 2009