IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01171-MSK-MJW

VICTOR MANUEL ALARCON,

    Plaintiff,

v.

AMERICAN FAMILY INSURANCE GROUP,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO CONFIRM ARBITRATION AWARD, ENTER JUDGMENT ON THAT AWARD AND SATISFACTION OF THAT JUDGMENT**

---

THIS MATTER comes before the Court on the Unopposed Motion to Confirm Arbitration Award, Enter Judgment on that Award and Satisfaction of that Judgment (Motion) **(#74)** filed September 24, 2010. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**. The arbitration award is hereby confirmed and the Clerk is directed to issue a judgment in conformance with that award. The Clerk shall further enter satisfaction of that judgment and close this case.

DATED this 3rd day of December, 2010.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge