IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01171-MSK-MJW

VICTOR MANUEL ALARCON,

       Plaintiff,

v.

AMERICAN FAMILY INSURANCE GROUP,

       Defendant.

## ORDER GRANTING MOTION TO REOPEN

THIS MATTER comes before the Court on Plaintiff Victor Alarcon's F.R.C.P. 60(a) Motion to Reinstate his Claim on the Docket (Motion) **(#77)** filed December 8, 2010. No response or objection to the Motion has been filed. The Court, therefore,

FINDS that the Final Judgment entered December 6, 2010 (#76) is hereby certified pursuant to Fed.R.Civ.P. 54(b).

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and this matter will be set for trial before a visiting judge.

DATED this 20th day of January, 2011.

       **BY THE COURT:**

       /s/ Marcia S. Krieger

       Marcia S. Krieger
       United States District Judge