**UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO (DENVER)**

---

VICTOR MANUEL ALARCON,　　　　　　　Civil No. 08-cv-1171 (JRT/MJW)

　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　**AMENDED
TRIAL NOTICE**

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,

　　　　　　Defendant.

---

　　　Richard Michael Kaudy, **THE KAUDY LAW FIRM, LLC**, 1415 Larimer Street, #300, Denver, CO 80202, for plaintiff.

　　　Alan Peter Gregory, **HARRIS, KARSTAEDT, JAMISON & POWERS, PC-ENGLEWOOD,** 10333 East Dry Creek Road, #300, Englewood, CO 80112, for defendant.

　　This matter was previously scheduled for trial on March 28, 2011 and is now being rescheduled to Monday, April 18, 2011 at 9:00 a.m.   The trial will be held before the Honorable John R. Tunheim in Courtroom 702 at the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

　　The following procedures shall be followed by counsel:

1.　Counsel shall prepare and electronically file the following documents by **April 4, 2011:**

　　(A)　A statement of the case indicating the facts which the party intends to prove and indicating any unresolved substantive, evidentiary, and procedural issues. The statement shall include the citation and discussion of authority upon which the party relies for its positions on the unresolved issues.

      (B)      Such questions as counsel desire the Court to ask jurors on voir dire examination.

      (C)      Proposed jury instructions.  Each instruction shall be on a separate page and shall contain citation of legal authority.

      (D)      A proposed form of special verdict.

      (E)      A list of all exhibits to be used as evidence at trial.  The exhibits shall be listed, as much as possible, in the sequence they will be offered.  The list shall indicate the exhibits the parties agree are admissible.  For the exhibits not so agreed upon, the list shall indicate the grounds for objection.  Only exhibits so listed shall be offered into evidence at trial, except for good cause shown.  The original exhibits are **NOT** to be submitted with the pretrial papers.

      (F)      A list of the names and addresses of all prospective witnesses, together with a short statement of the substance of the testimony of each witness.  Only witnesses so listed shall be permitted to testify except for good cause shown.

      (G)      A list of depositions to be offered into evidence in lieu of live testimony.  The list shall designate those specific parts of the deposition to be offered at trial.  Only depositions so listed shall be offered into evidence at trial except for good cause shown.

2. Motions *in limine* must be electronically filed no later than **April 4, 2011**.  Responses to motions *in limine* must be electronically filed no later than **April 11, 2011**.

3. Counsel for all parties are encouraged to confer prior to trial to:

      (A)      Stipulate to all uncontested facts and matters not in controversy.

      (B)      Stipulate as to which exhibits may be received without objection prior to trial.

4. The Calendar Clerk shall be advised immediately if the case is settled.

Dated: March 15, 2011  
at Minneapolis, Minnesota                                   s/John R. Tunheim  
                                                                               JOHN R. TUNHEIM  
                                                                     United States District Judge