# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO (DENVER)

VICTOR MANUEL ALARCON,                    Civil No. 08-1171 (JRT/MJW)

                     Plaintiff,

v.                                                                    **ORDER FOR DISMISSAL
                                                                       WITH PREJUDICE**

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,

                     Defendant.

---

Richard Michael Kaudy, **THE KAUDY LAW FIRM, LLC**, 1415 Larimer Street, #300, Denver, CO 80202, for plaintiff.

Alan Peter Gregory, **HARRIS, KARSTAEDT, JAMISON & POWERS, PC-ENGLEWOOD,** 10333 East Dry Creek Road, #300, Englewood, CO 80112, for defendant.

This matter is before the Court on the Stipulated Motion to Dismiss filed by Plaintiff Victor Manuel Alarcon and the Defendant American Family Mutual Insurance Company on April 26, 2011 [Docket No. 85].

**IT IS HEREBY ORDERED** that the Complaint and the claims of the Plaintiff in the above-captioned matter against the Defendant be **DISMISSED WITH PREJUDICE**, each party to pay its own costs, fees, and expenses.

Dated: May 3, 2011
at Minneapolis, Minnesota             ___ s/ John R. Tunheim_____
                                 JOHN R. TUNHEIM
                            United States District Judge